■ MIRIAM P. BURNS et al., Respondents, v BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Respondent, and JONATHAN C. REITER et al., Appellants.—Order, Supreme Court, New York County (Alvin F. Klein, J.), entered on or about June 24, 1985, unanimously reversed, on the law, without costs, and respondents' motion to dismiss is granted. Election Law § 16-102 (2) bars petitioners' challenge that the county committee is not legally constituted. The stay heretofore granted by

Justice Sandler is vacated forthwith. No opinion. Concur—Sullivan, J. P., Carro, Fein and Milonas, JJ.